1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   EDWARD W. SEO, SB# 256899
2     E-Mail: Edward.Seo@lewisbrisbois.com
   JONG WON YANG, SB# 328940
3     E-Mail: Kevin.Yang@lewisbrisbois.com
   633 West 5th Street, Suite 4000
4  Los Angeles, California 90071
   Telephone: 213.250.1800
5  Facsimile: 213.250.7900

6  Attorneys for PAX ASSIST INC.,
   GLOBAL BAGGAGE EXPEDITER,
7  INC. and GLOBAL AIRCRAFT
   DISPATCH, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARIO C. ZAPATA, an individual, | CASE NO. 2:22-cv-04584-MEMF-MRW |
| Plaintiff, | **DECLARATION OF YATRICE FLEURIMOND IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO FRCP 12(b)(2),, FRCP 12(b)(3), AND FRCP 12(b)(6), OR IN THE ALTERNATIVE, TO TRANSFER VENUE PURSUANT TO 28 U.S.C. §§ 1406(a) OR 1404(a)** |
| vs. | |
| DELTA AIR LINES, a corporation; GLOBAL BAGGAGE EXPEDITER, a corporation; GLOBAL AIRCRAFT DISPATCH, a corporation; PAX ASSIST, a corporation, | |
| Defendants. | Honorable Maame Ewusi-Mensah Primpong |
| | First Street Courthouse, 350 West 1st Street, Los Angeles, California 90012. |
| | Date: Thursday, February 9, 2023 |
| | Time: 10:00 a.m. |
| | Courtroom 8B |

**DECLARATION OF PAX ASSIST**

I, Yatrice Fleurimond, declare:

1.  All the statements contained herein are made and based on my personal knowledge and if called as a witness I could and would testify competently thereto.

2.    I am the Vice President of PAX ASSIST, INC., defendant in the above captioned action.

3.    I am familiar with Plaintiff's claims in the above captioned matter and have reviewed the Complaint filed in the action.

4.    Defendant PAX ASSIST, INC. is a New York corporation.

5.    Defendant PAX ASSIST, INC.'s principal place of business is in the State of New York.

6.    Defendant PAX ASSIST, INC. do not operate business, had any offices, and engage in intentional conduct expressly aimed in California.

7.    Defendant PAX ASSIST, INC. has not and does not transact business in the Central District of California, meaning that none of the services are offered at any location other than in the State of New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed on November 29, 2022, at _____Jamaica_____, New York.

*Yatrice Fleurimond*

**FEDERAL COURT PROOF OF SERVICE**
Zapata v. Delta Airlines, et al.
USDC – Central Case No. 2:22-CV-04584-MEMF-MRW

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On December 2, 2022, I served the following document(s): **DECLARATION OF YATRICE FLEURIMOND IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Mario C. Zapata
17922 San Fernando Mission Blvd.,
Room 110B
Granada Hills, CA  91344
Email:  mczapata711@gmail.com
Tel:  917-270-4405

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM)  Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on December 2, 2022, at Los Angeles, California.

            /s/ Jong Won Yang
            Jong Won Yang